AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota



| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: CR 09-317 JMR |
| Adarus Abdulle Ali | |
| Adarus Abdulle Ali | |



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place: | Courtroom 14E, Fourteenth Floor<br>United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 |
| Before: | Honorable Judge James M. Rosenbaum |
| On: | November 2, 2009 at 2:00 p.m. |

To answer a(n) Information.

Brief description of offense:

Count 1: Perjury in violation of Title 18, United States Code, Section 1623(a)

**PLEASE HAVE AN ATTORNEY PRESENT FOR THIS HEARING AND CONTACT PRETRIAL SERVICES AT (612) 664-5454, as soon as you receive this summons.**

Mary Kay Grzybek, Deputy Clerk

Dated: November 2, 2009

SCANNED
NOV 2 5 2009
U.S. DISTRICT COURT ST. PAUL

criminal\summons.frm

DC Modified 12/03/04

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me:[1]                                   Date:

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: _See Remarks_

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _11/18/09_                              _McGinn_
__ DateName of United States Marshal

_L. Truesdale_ (by) Deputy United States Marshal _Admin USMS_.

Remarks: Summons was received in USMS on 11/4/09 @ 10:44 am. Summons was faxed to Defendant's attorney Stephen Smith (fax 612-234-4425) by W. Anders Folk, AUSA

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

criminal\summons.frm                                              DC Modified 12/03/04