# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMINA FARAH ALI, and<br><br>HAWO MOHAMED HASSAN,<br><br>　　　　Defendant(s). | **NOTICE TO THE COURT OF POSSIBLE RELATED CASE**<br><br>Criminal No.:09-CR-317 (MJD/SRN) |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 10-187 (PJS/FLN), 09-CR-50(MJD), and 09-CR-352 (MJD/SRN). **Please note: Do not reference a case that has been filed under seal.** Please follow the sealed procedure in the ECF Criminal Procedures Guide.

　　___　Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

　　___　Cases involving the same defendant(s), whether the prior cases are open or closed.

　　___　Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

　　_X_　Cases that arise out of the same investigation and have temporal proximity.

　　___　A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

　　___　The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

　　___　Other _____ .

Dated: August 9, 2010　　　　　　　　　　　B. TODD JONES
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　s/ Jeffrey S. Paulsen

　　　　　　　　　　　　　　　　　　　　　BY: Jeffrey S. Paulsen
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 144332